**Anthony FEURTADO, Plaintiff–Appellant,**

v.

**Charles McNAIR; Deputized DEA Special Agent; Chandler, Assistant United States Attorney; United States Marshals Service; Richland County Detention Center; MDC Los Angeles, Bureau of Prisons; Sam Dunnivant; Robert McCauley; Federal Bureau of Prisons; Honorable Solomon Blatt, Jr., Defendants–Appellees.**

No. 01–6687.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 24, 2001.

Decided Dec. 12, 2001.

Anthony Feurtado, pro se.

Before WILKINS, NIEMEYER, and WILLIAMS, Circuit Judges.

PER CURIAM.

Anthony Feurtado appeals the district court's order denying his motion for relief from judgment filed pursuant to Fed. R.Civ.P. 60(b). We have thoroughly reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See Feurtado v. McNair,* No. CA–99–2582–3–17BC (D.S.C. Mar. 29, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*